**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| KATHY ANN COLL | : No. 81 WM 2019 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| FR. CYPRIAN DURU, AN INDIVIDUAL; | : |
| ST. TERESA OF AVILA ROMAN | : |
| CATHOLIC PARISH; THE MOST | : |
| REVEREND DAVID ALLEN ZUBIK, DD., | : |
| MS ED.; THE ROMAN CATHOLIC | : |
| DIOCESE OF PITTSBURGH | : |
| | : |
| | : |
| PETITION OF: THE ROMAN CATHOLIC | : |
| DIOCESE OF PITTSBURGH; THE MOST | : |
| REVEREND DAVID ALLEN ZUBIK; AND | : |
| ST. TERESA OF AVILA ROMAN | : |
| CATHOLIC PARISH | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.